# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JOHNSON, | CASE NO. 1:08-cv-00382-OWW-SKO PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY DEFENDANT CLARK SHOULD NOT BE DISMISSED FROM THIS ACTION |
| v. | |
| KEN CLARK, | SHOW CAUSE DUE WITHIN 30 DAYS |
| Defendant. / | |

Plaintiff Tyrone Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2010, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that the complaint stated cognizable claims against Defendant Ken Clark. (Doc. #5.) Plaintiff was ordered to serve Defendant Clark with a summons and a copy of the complaint within 120 days of the date of service of the March 19, 2010, order. Plaintiff has not submitted a proof of service and Defendant Clark has not otherwise made an appearance in this action.

Pursuant to Federal Rule of Civil Procedure 4(m), the Court must dismiss Plaintiff's claims against Defendant Clark without prejudice if service is not effected within a specified time.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE within THIRTY (30) days of the date of service of this order why Defendant Clark should not be dismissed from this action for lack of service.

///

///

Plaintiff is forewarned that the failure to show cause may result in a recommendation that Defendant Clark be dismissed from this action.

IT IS SO ORDERED.

**Dated:    September 26, 2010**                       /s/ Sheila K. Oberto
                                                                              UNITED STATES MAGISTRATE JUDGE