# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JOHNSON, | CASE NO. 1:08-cv-00382-OWW-SKO PC |
| Plaintiff, | ORDER |
| v. | |
| KEN CLARK, et al., | |
| Defendants. | |

Plaintiff Tyrone Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 27, 2010, the Court ordered Plaintiff to show cause why Defendant Clark should not be dismissed from this action. (Doc. #12.) The order to show cause warned Plaintiff that Defendant Clark may be dismissed because Clark has not yet been served and has not made an appearance in this action. Plaintiff was ordered to serve Defendant Clark on March 19, 2010. (Doc. #5.)

Plaintiff responded to the order to show cause on October 29, 2010. (Doc. #13.) Plaintiff contends that he did not receive the March 19, 2010 order because he was paroled from prison on March 3, 2010. Plaintiff did not inform the Court of the change in his address until March 22, 2010. (Doc. #8.)

Plaintiff is advised that it is his responsibility to keep the Court apprised of his current address. If Plaintiff fails to keep the Court apprised of his current address, this action may be dismissed. Nonetheless, the Court will forward another copy of the March 19, 2010 order and provide Plaintiff with 120 days to complete service. It is Plaintiff's responsibility to serve Defendant

Clark with a summons and a copy of his complaint in accordance with Federal Rule of Civil Procedure 4. Plaintiff is forewarned that the failure to effect service within 120 days will result in the dismissal of this action.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue and send Plaintiff one (1) summons;
2. The Clerk is further directed to send Plaintiff:
   a) One (1) copy of the complaint filed on March 17, 2008;
   b) One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons";
   c) One (1) copy of the form entitled "Waiver of Service";
   d) One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions;
   e) One (1) copy of Rule 4 of the Federal Rules of Civil Procedure; and
   f) One (1) copy of the Court's March 18, 2010 order;
3. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on Defendant Clark at the time of service of the summons and complaint;
4. Plaintiff shall complete service of process on Defendant Clark within one-hundred twenty (120) days from the date of service of this order; and
5. Plaintiff's failure to timely complete service of the complaint on Defendant Clark may result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   November 2, 2010**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE