# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JOHNSON, | CASE NO. 1:08-cv-00382-OWW-SMS PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY DEFENDANT CLARK SHOULD NOT BE DISMISSED FROM THIS ACTION |
| v. | |
| KEN CLARK, | SHOW CAUSE DUE WITHIN THIRTY DAYS |
| Defendant. / | |

Plaintiff Tyrone Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2010, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found that the complaint stated cognizable claims against Defendant Ken Clark. (ECF No. 5.) Plaintiff was ordered to serve Defendant Clark with a summons and a copy of the complaint within 120 days of the date of service of the March 19, 2010 order. Plaintiff failed to submit proof of service and an order to show cause why Defendant Clark should not be dismissed from this action was issued on September 27, 2010. (ECF No. 12.) Plaintiff filed a response on October 29, 2010, stating that he did not receive the order directing service. (ECF No. 13.) On November 4, 2010, an order was issued directing Plaintiff to effect service within 120 days. (ECF No. 14.) More than 120 days have passed and Plaintiff has failed to submit a proof of service and Defendant Clark has not otherwise made an appearance in this action.

Pursuant to Federal Rule of Civil Procedure 4(m), the Court must dismiss Plaintiff's claims against Defendant Clark without prejudice if service is not effected within a specified time.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE within THIRTY (30) days

of the date of service of this order why Defendant Clark should not be dismissed from this action for lack of service.

Plaintiff is forewarned that the failure to show cause may result in a recommendation that Defendant Clark be dismissed from this action.

IT IS SO ORDERED.

**Dated:   April 6, 2011**                                       /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE